SOL SCHILDKRAUT, Appellant, v. ANGELO PAINO, Respondent.— Judgment reversed on the law and the facts and a new trial granted, costs to abide the event. There is no decision; therefore, the judgment herein in its present form may not be sustained. (Civ. Prac. Act, §§ 440 and 441; Nelson v. Ryan, 222 App. Div. 754; Samuel v. Bastress, 231 id. 867; appeal dismissed, 256 N. Y. 667.) The plaintiff presented a prima facie case for an accounting if certain of the oral testimony were credited in connection with the documentary proof. The scope of his proof as a basis for an accounting was unduly restricted by the rulings of the trial court. There should be a new trial before another Special Term justice, at which time the credit to be accorded to the testimony may be determined and appropriate findings made. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

MARY SCHIRMER, Appellant, Respondent, v. JOHN H. SCHIRMER, Respondent, Appellant.— Order reversed on the law and the facts and plaintiff's motion for alimony and counsel fee denied, without costs. Plaintiff's allegations of cruel and inhuman treatment are denied by the defendant and are in no respects corroborated. On the record, there is no reasonable probability of the plaintiff's success. Lazansky, P. J., Scudder, Tompkins and Davis, JJ., concur; Hagarty, J., dissents and votes to affirm.

CARMEN SEGUI and SALVADOR F. SEGUI, Respondents, v. PRENTICE SANGER, Appellant. PHILIP MUMBRU, Respondent, v. PRENTICE SANGER, Appellant. PRENTICE SANGER, Plaintiff, v. SALVADOR F. SEGUI, Defendant.— Order granting motion to consolidate actions affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

MAGDOLA SHILLITANI, Also Known as MAGDOLA KOVACS, Respondent, v. JOHN SHILLITANI, Appellant.— Order denying defendant's motion to vacate notice of examination before trial and directing examination affirmed, with fifty dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

CLARIBEL F. STAEHR, Respondent, v. WALTER C. STAEHR, Appellant.— Order referring to an official referee defendant's motion to modify the final decree of divorce so that the alimony, theretofore reduced to thirty dollars a week by an order of this court, be further reduced to a sum not exceeding twelve dollars a week, reversed on the law and the facts, without costs, and motion granted to the extent of reducing the amount to twenty-five dollars a week. The reduction is justified because of the changed circumstances caused by the marriage of the daughter of the parties. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.